**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GEORGE GARY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-0789-L |
| | § | ECF |
| **DALLAS AREA RAPID TRANSIT,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

    This is a pro se employment discrimination case brought by Plaintiff George Gary ("Gary" or "Plaintiff"). Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States Magistrate Judge for proposed findings and recommendation.

    On July 20, 2006, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") were filed. The magistrate judge recommends that the complaint be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b), as Gary failed to submit answers to the Magistrate Judge's Questionnaire to the Plaintiff, issued June 6, 2006. Gary did not file objections to the Report.

    Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate

judge are correct. They are therefore accepted as those of the court. Accordingly, the court **dismisses Plaintiff's complaint without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**It is so ordered** this 15th day of August, 2006.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge